# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 24-05042-CR-SW-MDH |
| FREDERICK BERT UTTER, JR., and HALEY CHASTAIN COVELL | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court are Defendants' Motions to Suppress (Doc. 38 and 49). The motions have been fully briefed. The United States Magistrate Judge held an evidentiary hearing on March 31, 2025 and submitted his Report and Recommendation. (Doc. 60).

Defendants then filed motions to dismiss indictment and/or motion for rehearing premised upon newly discovered evidence. (Docs. 61 and 62). The United States Magistrate Judge submitted a Report and Recommendation on the motions to dismiss indictment and/or motion for rehearing. (Doc. 68). No objections to the R&R have been filed and the time to do so has expired.

After a careful and independent review of the parties' submissions, the transcript from the evidentiary hearing, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 60) in full. Accordingly, the Court **DENIES** Defendants' Motions to Suppress. (Doc. 38 and 49).

In addition, after a careful and independent review of the parties' motions, the record before the Court, and the Report and Recommendation, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 68) in full. Accordingly, the Court **DENIES** Defendants' Motions to Dismiss. (Doc. 61 and 62).

1

IT IS SO ORDERED.

DATED: July 30, 2025

                                       ***/s/ Douglas Harpool***
                                       **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**